GEORGE R. HUNT v. CHARLES J. HUNT AND AMELIA P. HUNT

No. 421A87

(Filed 2 December 1987)

APPEAL by defendants from the decision of a divided panel of the Court of Appeals, reported at 86 N.C. App. 323, 357 S.E. 2d 444 (1987), vacating an order of partial summary judgment entered by *Farmer, J.*, on 27 May 1986 in Superior Court, WAKE County, and remanding the case for trial. Heard in the Supreme Court 10 November 1987.

*Jernigan & Maxfield, by Leonard T. Jernigan, Jr., and John A. Maxfield, for plaintiff appellee.*

*Young, Moore, Henderson & Alvis, P.A., by David P. Sousa and Theodore S. Danchi, for defendant appellants.*

PER CURIAM.

Affirmed.